## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JACQUELINE DAVIS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | No. 07-1022 |
| v. ) | |
| ) | |
| BURLINGTON NORTHERN SANTA FE ) | |
| RAILROAD, ) | |
| ) | |
|     Defendant. ) | |

### O P I N I O N   A N D   O R D E R

Before the Court is a Second Request for Extension of Time. [Doc. 15.]  There is currently a Motion for Summary Judgment pending before the Court.  [Doc. 11.]  Plaintiff now informs the Court that his counsel will be suspended from the practice of law between February 13, 2008 and June 13, 2008.  As a result, Plaintiff asks that this Court grant him an extension of time until July 7, 2008 to file his Response to the Motion for Summary Judgment.

This Court will not schedule a final pre-trial conference or trial date while Plaintiff's counsel is suspended.  However, this Court will also not let this pending Motion sit without a Response until July.  Accordingly, Plaintiff's counsel is granted an additional thirty days to respond to the Motion to for Summary Judgment or Plaintiff must inform the Court of what

steps he has taken to find other representation regarding this matter.

IT IS THEREFORE ORDERED that the Motion for an Extension of time is DENIED.  Plaintiff is GRANTED an additional thirty days (30) to file a Response or inform the Court of what steps he has taken regarding finding substitute representation.

ENTERED this __8th__ day of February, 2008.

___s/Joe Billy McDade_____
Joe Billy McDade
United States District Judge
